# UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| LE COMMODITIES, LLC, | |
| Plaintiff, | Court No. 23-00220 |
| v. | |
| UNITED STATES, *et al*, | |
| Defendants. | |

## ORDER OF DISMISSAL

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

_____
Claire R. Kelly, Judge

Dated: _____, 2024
        New York, NY

## UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE

_____
|                                    )
LE COMMODITIES, LLC,                 )
                                     )
                                     )
                    Plaintiff,       )    Court No. 23-00220
     v.                              )
                                     )
UNITED STATES, *et al*,              )
                                     )
                    Defendant.       )
_____ )

### STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action.

        Respectfully submitted,

        GRUNFELD, DESIDERIO, LEBOWITZ
        SILVERMAN & KLESTADT, LLP
        Attorneys for Plaintiff

        /s/ Katherine A. Dobscha
        Erik D. Smithweiss
        Katherine A. Dobscha*
        707 Wilshire Blvd., Suite 4150
        Los Angeles, CA 90017
        (213) 624-1970
        -and-
        *599 Lexington Ave., Fl. 36
        New York, New York 10022
        (212) 557-4000

        *Counsel for Plaintiff LE Commodities, LLC*

Dated: October 18, 2024

        BRIAN M. BOYNTON
        Principal Deputy Assistant
        Attorney General

|  |  |
|---|---|
|  | PATRICIA M. McCARTHY<br>Director |
|  | /s/ Tara K. Hogan<br>TARA K. HOGAN<br>Assistant Director |
| OF COUNSEL:<br>RENE TRISTAN de VEGA<br>Attorney<br>Office of Chief Counsel<br>for Industry and Security<br>U.S. Department of Commerce | /s/ Stephen C. Tosini<br>STEPHEN C. TOSINI<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-5196<br>Email: Stephen.Tosini@usdoj.gov |
| October 18, 2024 | *Counsel for Defendants* |

12981897_1