# UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE

_____
|                                         )
| LE COMMODITIES, LLC,                    )
|                                         )
|                       Plaintiff,        )   Court No. 23-00220
|            v.                           )
|                                         )
| UNITED STATES, *et al*,                 )
|                                         )
|                       Defendants.       )
|_____)

## ORDER OF DISMISSAL

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

                                                                            /s/ Steve Taronji
                                                                              Deputy Clerk

Dated:     October 18    , 2024
                New York, NY

## UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| LE COMMODITIES, LLC, | ) |
| Plaintiff, | ) Court No. 23-00220 |
| v. | ) |
| UNITED STATES, *et al*, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT, LLP
Attorneys for Plaintiff

 /s/ Katherine A. Dobscha
Erik D. Smithweiss
Katherine A. Dobscha*
707 Wilshire Blvd., Suite 4150
Los Angeles, CA 90017
(213) 624-1970
-and-
*599 Lexington Ave., Fl. 36
New York, New York 10022
(212) 557-4000

*Counsel for Plaintiff LE Commodities, LLC*

Dated: October 18, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

|  |  |
|---|---|
| | PATRICIA M. McCARTHY<br>Director<br><br>/s/ Tara K. Hogan<br>TARA K. HOGAN<br>Assistant Director |
| OF COUNSEL:<br>RENE TRISTAN de VEGA<br>Attorney<br>Office of Chief Counsel<br>for Industry and Security<br>U.S. Department of Commerce | /s/ Stephen C. Tosini<br>STEPHEN C. TOSINI<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-5196<br>Email: Stephen.Tosini@usdoj.gov |
| October 18, 2024 | *Counsel for Defendants* |

12981897_1